AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 11, 2024

SEAN F. McAVOY, CLERK

DAVID PARKS, an individual, and
THERESA PARKS, an individual,

*Plaintiff*

v.

PAUL MILLER, an individual

*Defendant*

)
)
)
)
)
)

Civil Action No.  2:23-CV-00225-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion to Dismiss State Securities Fraud and Conversion Claims, ECF No. 32, is GRANTED. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs' remaining State Securities Fraud and Conversion Claims are DISMISSED without prejudice.
Judgment entered in favor of Plaintiffs as to Plaintiffs' Breach of Contract and Federal Securities Fraud Claims pursuant to the Order Granting Summary Judgment in Part, ECF No. 27.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian _____  on a Motion to Dismiss.

Date:  9/11/2024 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Wendy Kirkham _____

*(By) Deputy Clerk*

Wendy Kirkham _____